UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BYRON RENDELL JONES**                                                              CIVIL ACTION

**VERSUS**                                                                                         NO. 16-7057

**WARDEN CHRIS STINSON**                                                          SECTION: "A"(1)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's request for a stay is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's federal application seeking habeas corpus relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  23rd  day of     February     , 2017.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE